CAUSE NO. 21378-4

EXPARTE:

MATTHEW LOUIE HANKEY

V.

THE STATE OF TEXAS

§
§
§
§
§

IN THE COURT OF CRIMINAL

APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

Dear Clerk of said court:

Comes now the Applicant Matthew Louie Hankey in the above name and TDCJ number would like to know the current desposition of his 11.07 writ of habeas corpus wherein was sent to this court in 2014. Thank you so much for taking your valuable time to read this letter.

Sincerely,

Matthew Hankey